# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

ANTHONY CANINO-PARRA,
v.
HBLC, INC.

Case Number:

FILED: MAY 14, 2008
08 cv 2796   JH
JUDGE ST. EVE
MAGISTRATE JUDGE MASON

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Anthony Canino-Parra, Plaintiff.

| | |
|---|---|
| **NAME** (Type or print)<br> Cathleen M. Combs | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br> s/  Cathleen M. Combs | |
| **FIRM**<br> Edelman, Combs, Latturner & Goodwin LLC | |
| **STREET ADDRESS**<br> 120 South LaSalle Street, 18th Floor | |
| **CITY/STATE/ZIP**<br> Chicago, IL 60603 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br> 00472840 | **TELEPHONE NUMBER**<br> 312.739.4200 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐